UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| ARMAMENT SYSTEMS AND PROCEDURES, INC.<br><br>    Plaintiff,<br><br>v.<br><br>EMISSIVE, INC.,<br><br>    Defendant/Third<br>    Party Plaintiff,<br><br>v.<br><br>KEVIN PARSONS,<br><br>    Third Party<br>    Defendant. | Civil Action No. 06-c-0833<br><br>Judge William C. Griesbach |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Plaintiff Armament Systems and Procedures, Inc. ("ASP") and Defendant/Counterclaimant Emissive Energy Corporation, having settled their dispute in the above-captioned matter, hereby stipulate to the dismissal of all claims and counterclaims in the above-captioned action, including Emissive's claims against Third Party Defendant Kevin Parsons, with prejudice pursuant to FED. R. CIV. P. 41(a)(1), with no interest, costs or fees to any party.

| | |
|---|---|
| Respectfully submitted,<br><br>/s/Steven E. Feldman<br>A. Sidney Katz | Respectfully submitted,<br><br>/s/Jonathan H. Margolies<br>Jonathan H. Margolies, Esq. |

| | |
|---|---|
| Steven E. Feldman<br>J. Aron Carnahan<br>WELSH & KATZ, LTD.<br>120 South Riverside Plaza – 22nd Floor<br>Chicago, IL  60606<br>Telephone:     (312) 655-1500<br>Facsimile:      (312) 655-1501<br><br>Michael Hanrahan, Esq.<br>Fox, O'Neill & Shannon, S.C.<br>622 North Water Street, Suite 500<br>Milwaukee, WI  53202<br>(414) 273-3939<br><br>Attorneys for Armament Systems and Procedures, Inc. | Katherine W. Schill, Esq.<br>Michael Best & Friedrich, LLP<br>100 East Wisconsin Avenue, Suite 3300<br>Milwaukee, WI  53202-4108<br><br>Christine K. Bush, Esq.<br>Craig M. Scott, Esq.<br>Duffy & Sweeny, Ltd.<br>One Turks Head Place, Suite 1200<br>Providence, RI  02903<br><br><br>Counsel for Emissive Energy Corporation |

## CERTIFICATE OF SERVICE

I hereby certify that on <u>June 5, 2008</u>, I electronically filed a copy of the foregoing Stipulation of Dismissal Without Prejudice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Filing Users.

<u>/s/ Steven E. Feldman</u>
Steven E. Feldman
WELSH & KATZ, LTD.
120 South Riverside Plaza – 22nd Floor
Chicago, IL 60606
Telephone: (312) 655-1500
Facsimile: (312) 655-1501